**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

*Jennifer E. Sherven, Esq.*
*JSherven@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

January 3, 2020

**VIA ECF**
Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2020

**MEMO ENDORSED**

Re: *Brian Fischler v. Tacombi Holding NA, LLC and Fonda Nolita, LLC d/b/a Tacombi*; Index No.: 19-cv-08473 (VEC)

Dear Judge Caproni:

This firm represents the defendants, Tacombi Holding NA, LLC and Fonda Nolita, LLC d/b/a Tacombi ("Defendants"), in the above-referenced matter.

I write, with the consent of Plaintiff's counsel, to request a 30-day adjournment of the initial conference and an extension of time for Defendants to file a response to Plaintiff's Complaint. Both the initial conference and the deadline for a response to the Complaint are currently scheduled for January 10, 2020. The adjournment request is being made because the Parties are engaging in good faith settlement discussions and wish to focus their efforts on resolution at this time. Should the Parties fail to resolve this matter by February 10, 2020, Defendants will submit a response to Plaintiff's Complaint.

This is Defendants' first request for an extension of time to respond to Plaintiff's Complaint.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jennifer E. Sherven

---

The initial conference is adjourned to **February 7, 2020, at 10:00 A.M.** Joint pre-conference submissions are due on or before **January 30, 2020**. The parties are advised that further adjournments are unlikely to be granted. The request for an extension of the answer deadline is moot because the deadline has been stayed pending the initial conference.

SO ORDERED.           Date: 01/03/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE